UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COUNTRYWIDE HOME LOANS, INC.,

    Plaintiff/Counterdefendant,

vs.

                                              Case No.  09-11526

                                              HON.  GEORGE CARAM STEEH

BRADLEY S. AUSTIN,

    Defendant/Counterclaimant/
    Third-Party Plaintiff,

and

BRADLEY S. AUSTIN,

    Third-Party Plaintiff,

vs.

DEANNA LYNN AUSTIN, et al.,

    Third-Party Defendants.
_____/

ORDER REGARDING DEFENDANT'S MOTION TO STAY,
OBJECTIONS TO REASSIGNMENT AND MOTION TO AMEND [DOC. #7]

      This matter has come before the Court on defendant/counterclaimant/third-party plaintiff Bradley Austin's motion to stay proceedings, objections to reassignment of case to Judge Steeh, and to amend answer, counterclaim and third-party claim.  Defendant seeks to stay the proceedings due to news reports that plaintiff Countrywide Home Loans "no longer exists and has been completely absorbed into the Bank of America."  Defendant seeks a 45 day stay to permit the correct parties to be brought before the Court.  The Court will permit plaintiff to amend its pleadings without seeking leave of the

Court, on or before July 8, 2009.  If plaintiff amends its complaint, defendant will be permitted to amend his answer within two weeks.  Regardless of whether plaintiff amends its complaint, defendant is permitted to amend his counterclaim and third-party claim on or before July 22, 2009.  A formal stay of the case pending the permitted amendments is not necessary.

Defendant's objection to the transfer of this case to this Court has already been addressed by the Court in its order denying defendant's motion to recuse.

It is so ordered.

Dated:  June 29, 2009

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 29, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---

2